IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00447-WJM-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: September 19, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| STANDARD STEAM TRUST LLC, a Colorado limited liability company, doing business in Nevada as Standard Steam LLC, | Burkeley Riggs<br>Dean Richardson |
| Plaintiff, | |
| v. | |
| WINDFALL MINERALS, LLC, a Nevada limited liability company, | Karen Spaulding |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:** 1:29 p.m.
Court calls case. Appearances of counsel.

Discussion between the Court and counsel regarding a 26(b)(5) issue and documents produced by Mr. Haan.

Discussion regarding Plaintiff's Motion and Memorandum Pursuant to F.R.E. 702 to Strike Defendant's English Language Expert Witness.

Discussion regarding Plaintiff's Unopposed Motion for Twenty-Three Day Extension of Time to Designate Rebuttal Expert.

Discussion regarding Motions in Limine and Rule 702 Motions.

**ORDERED:** Until the issue of waiver is resolved, the documents that are the subject of the

dispute shall remain sequestered and may not be used by either side for any purpose until the Court resolves the underlying issue of waiver. Those portions of Mr. Haan's deposition shall remain sealed until the question of waiver is resolved.

**ORDERED:** Plaintiff's Motion and Memorandum Pursuant to F.R.E. 702 to Strike Defendant's English Language Expert Witness [Doc. No. 34] is DENIED WITHOUT PREJUDICE. Plaintiff has leave to file an appropriate 702 motion.

**ORDERED:** Plaintiff's Unopposed Motion for Twenty-Three Day Extension of Time to Designate Rebuttal Expert [Doc. No. 39] is WITHDRAWN.

**ORDERED:** Joint Motion for Entry of Stipulated Protective Order [Doc. No. 37] is GRANTED.

**ORDERED:** Plaintiff will withdraw the subpoenas that were not served and will wait until the appropriate time given the Court's comments.

Hearing concluded.
**Court in recess:** 2:30 p.m.
Total time in court: 1:01

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.