IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00447-WJM-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:          November 14, 2011 | Courtroom Deputy: Emily Seamon |

*Parties:*

STANDARD STEAM TRUST LLC, a Colorado limited liability company, doing business in Nevada as Standard Steam LLC,

    Plaintiff,

v.

WINDFALL MINERALS, LLC, a Nevada limited liability company,

    Defendant.

*Counsel:*

Burkeley Riggs
Dean Richardson

Karen Spaulding
William Sparks

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in Session:     1:32 p.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding Defendant's Motion for Protective Order and Motion to Quash Subpoena for Deposition and Subpoena Duces Tecum to John Gustavson [Doc. No. 32].

Argument presented by Mr. Sparks and Mr. Riggs.

**ORDERED:**   Defendant shall submit everything found in the Windfall Minerals privilege log to Magistrate Judge Shaffer for in camera review within 24 hours of today's hearing.

Discussion regarding Plaintiff's Motion to Seal Plaintiff's Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(5) and Fed. R. Evid. 502 Seeking Return and Protection of Opinion Work Product Documents and All Attachments Thereto [Doc. No. 46].

Argument presented by Mr. Richardson.

**ORDERED:** Plaintiff's Motion to Seal Plaintiff's Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(5) and Fed. R. Evid. 502 Seeking Return and Protection of Opinion Work Product Documents and All Attachments Thereto [Doc. No. 46] is GRANTED IN PART AND DENIED IN PART. The motion is denied to the extent that the motion seeks to seal not only exhibits but also the underlying motion Doc. No. 47 in its entirety. The Clerk's Office shall SEAL exhibits 11-16 attached to Doc. No. 47. Doc. No. 47 itself and all exhibits save 11-16 shall be UNSEALED.

Discussion regarding Plaintiff's Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(5) and Fed. R. Evid. 502 Seeking Return and Protection of Opinion Work Product Documents [Doc. No. 47, Public Entry No. 49].

Argument presented by Mr. Richardson.

**ORDERED:** Plaintiff's Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(5) and Fed. R. Evid. 502 Seeking Return and Protection of Opinion Work Product Documents [Doc. No. 49] is DENIED for the reasons stated on the record.

Discussion regarding Defendant's Motion for Extension of Time to Conduct Discovery Related to the Hahn Documents [Doc. No. 62].

**ORDERED:** Defendant's Motion for Extension of Time to Conduct Discovery Related to the Hahn Documents [Doc. No. 62] is GRANTED. The Court will allow Defendant to re-open the Standard Steam 30(b)(6) deposition for purposes of completing that deposition. The Standard Steam 30(b)(6) deposition shall resume and be completed no later than December 14, 2011.

Discussion regarding Plaintiff's Motion to Seal Plaintiff's Second Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(5) and Fed. R. Evid. 502 Seeking Return and Protection of Opinion Work Product Document and Attachments Thereto [Doc. No. 67].

**ORDERED:** Defendant's Oral Motion for Attorney's Fees and Costs regarding Plaintiff's Motion for Protective Order is DENIED.

HEARING CONCLUDED.

**Court in recess**:     **3:31 p.m.**
Total time in court:    1:59

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.