**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  11-cv-00447-WJM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:  January 12, 2012** | **Courtroom Deputy:**  Robin Mason |

STANDARD STEAM TRUST LLC.,                     Eric Liebman
                                                                            Dean Richardson

      Plaintiff/Counter Defendant,

   v.

WINDFALL MINERALS, LLC.,                         Karen Spaulding
                                                                            William Sparks

      Defendant/Counter Claimant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in Session:      8:05 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Second Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(5) and Fed. R. Evid. 502 Seeking Return and Protection of Opinion Work Product Document (Docket No. 88, filed on 11/21/2011); Motion to Seal Exhibit A and to Redact Certain Portions of Plaintiff's Second Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(5) and Fed. R. Evid. 502 Seeking Return and Protection of Opinion Work Product Document (Docket No. 86, filed on 11/21/2011) and Motion for Extension of Time to Conduct Additional Discovery re: SST00037-SST00038 and Other Subject Matter Waiver Documents (Docket No. 83, filed on 11/21/2011).

Discussion regarding Motion for Protective Order and Quash Subpoena for Deposition and Subpoena Duces Tecum to John Gustavson (Docket No. 32, filed on 9/7/2011).

Discussion regarding  inadvertent disclosure, rule 502,  work product protection, opinion work product doctrine (Hickman v. Taylor) and other related case law, and subpoena for deposition and subpoena duces tecum to John Gustavson.

**ORDERED:**  The court takes Second Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(5) and Fed. R. Evid. 502 Seeking Return and Protection of Opinion Work Product Document (Docket No. 88, filed on 11/21/2011) **UNDER ADVISEMENT** and will issue a written ruling.

**ORDERED:**  The court takes Motion to Seal Exhibit A and to Redact Certain Portions of

        Plaintiff's Second Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(5) and Fed. R. Evid. 502 Seeking Return and Protection of Opinion Work Product Document (Docket No. 86, filed on 11/21/2011) **UNDER ADVISEMENT** and will issue a written ruling.

**ORDERED:** The court takes Motion for Extension of Time to Conduct Additional Discovery re: SST00037-SST00038 and Other Subject Matter Waiver Documents (Docket No. 83, filed on 11/21/2011) **UNDER ADVISEMENT** and will issue a written ruling.

**ORDERED:** The court takes Motion for Protective Order and Quash Subpoena for Deposition and Subpoena Duces Tecum to John Gustavson (Docket No. 32, filed on 9/7/2011) **UNDER ADVISEMENT** and will issue a written ruling.

HEARING CONCLUDED.
**Court in recess:**     **09:24 a.m.**
Total time in court:    01:19

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.