**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  11-cv-00447-WJM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:  May 17, 2012** | Courtroom Deputy:   Robin Mason |

STANDARD STEAM TRUST LLC.,

    Plaintiff/Counter Defendant,                      Burkeley N. Riggs

    v.

WINDFALL MINERALS, LLC.,                      Karen Leather Spaulding
                                                                                      William E. Sparks

    Defendant/Counter Claimant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTIONS HEARING**
**Court in Session:      1:31 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the previous Motions Hearing held on January 12, 2012.  The court advises the parties that it intends to enter its rulings, on the motions in question, from the bench.

The court addresses the parties regarding the defendant's MOTION for Protective Order and Quash Subpoena for Deposition and Subpoena Duces Tecum to John Gustavson (Docket No. 32, filed on 9/07/2011).

**ORDERED:**   For reasons as stated on the record, the court **GRANTS IN PART and DENIES IN PART** the defendant's MOTION for Protective Order and Quash Subpoena for Deposition and Subpoena Duces Tecum to John Gustavson (Docket No. 32, filed on 9/07/2011).

The court further addresses the parties regarding its ruling on the defendant's MOTION for Protective Order and Quash Subpoena for Deposition and Subpoena Duces Tecum to John Gustavson (Docket No. 32, filed on 9/07/2011) and Rule 26(b).

**ORDERED:**   The court shall allow Standard Steam Trust to depose Mr. Gustavson with respect to all communications he had with the principals of Windfall Minerals prior to June 27, 2010.  The court shall not allow Mr. Gustavson to be questioned regarding any communications he had with counsel for Windfall Minerals, particularly any communications he had with Windfall Minerals counsel on or

      after June 27th.  The court shall allow Mr. Gustavson to be deposed with respect to the meeting on June 9th and any communications he had with Windfall Minerals about that meeting prior to June 27, 2010.  The court shall require Mr. Gustavson to produce a copy of his June 15th report.  The shall allow Standard Steam Trust to obtain copies of any documentation exchanged between Mr. Gustavson and the principals of Windfall Minerals prior to June 27, 2010.

The court addresses the parties regarding the counter defendant's Second MOTION for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(5) and Fed. R. Evid. 502 Seeking Return and Protection of Opinion Work Product Document (Docket No. 88, filed on 11/21/2011).

**ORDERED:**   For reasons as stated on the record, the court **GRANTS** the counter defendant's Second MOTION for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(5) and Fed. R. Evid. 502 Seeking Return and Protection of Opinion Work Product Document (Docket No. 88, filed on 11/21/2011).  The court shall require that Windfall Minerals return, to the plaintiff, Kane email.  The court precludes Windfall Minerals from using that email for any purpose in discovery or at trial.

The court addresses the parties regarding the defendant's MOTION for Extension of Time to Conduct Additional Discovery re: SST00037-SST00038 and Other Subject Matter Waiver Documents (Docket No. 83, filed on 11/21/2011) and the counter defendant's MOTION to Seal Exhibit A and to Redact Certain Portions of Plaintiff's Second Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(5) and Fed. R. Evid. 502 Seeking Return and Protection of Opinion Work Product Document (Docket No. 86, filed on 11/21/2011).

**ORDERED:**   The court **DENIES** the defendant's MOTION for Extension of Time to Conduct Additional Discovery re: SST00037-SST00038 and Other Subject Matter Waiver Documents (Docket No. 83, filed on 11/21/2011).

**ORDERED:**   The court **GRANTS** the counter defendant's MOTION to Seal Exhibit A and to Redact Certain Portions of Plaintiff's Second Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(5) and Fed. R. Evid. 502 Seeking Return and Protection of Opinion Work Product Document (Docket No. 86, filed on 11/21/2011).

HEARING CONCLUDED.

**Court in recess:**    **01:57 p.m.**
Total time in court:    00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.